# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TANNER CORLEY, | ) |
| Plaintiff, | ) |
| v. | ) 7:19-cv-01400-LSC |
| MERCEDES-BENZ U.S. INTERNATIONAL, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, Defendant's Motion for Summary Judgment (doc. 47) is GRANTED. Costs are taxed to Plaintiff.

**DONE** and **ORDERED** on May 21, 2021.

*/s/ L. Scott Coogler*
L. Scott Coogler
United States District Judge

202892