Case 7:19-cv-01400-LSC   Document 69   Filed 07/13/23   Page 1 of 2
USCA11 Case: 21-11986   Document: 31-2   Date Filed: 07/13/2023   Page: 1 of 2

FILED
2023 Jul-13 PM 12:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-11986

_____

TANNER CORLEY,

                                                    Plaintiff-Appellant,

*versus*

MERCEDES-BENZ U.S. INTERNATIONAL, INC.,

                                                    Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 7:19-cv-01400-LSC

_____

JUDGMENT

ISSUED AS MANDATE: 07/13/2023

2                                                                                                    21-11986

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: June 29, 2022

For the Court: DAVID J. SMITH, Clerk of Court